IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. __21-1165__

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

    Plaintiff,

v.

ASHLEY E. JACOBS,

    Defendant.

## COMPLAINT

Plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") sues defendant Ashley E. Jacobs ("Defendant"), and alleges as follows:

### THE PARTIES

1. Plaintiff is a corporation organized and existing under the laws of the State of Florida with its principal place of business located in Indian River County, Florida.

2. Defendant is an individual who, upon information and belief, resides at 221 Holt Avenue, Apartment 2, Winter Park, FL 32789.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over Defendant because she has maintained sufficient minimum contacts with Florida such that the exercise of personal jurisdiction over her would not offend traditional notions of fair play and substantial justice. Further, since at least 2009, Defendant been a licensed real estate broker in the State of Florida.

5. Venue properly lies in this district because Defendant resides in this district and because a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

## FACTS

### I. Plaintiff's Business and History

6. Plaintiff was created as a Florida corporation in June 2005. Plaintiff's sole shareholder is Robert Stevens.

7. For the past sixteen (16) years, Mr. Stevens has been employed by Plaintiff as a high-end real estate photographer who specializes in aerial photography, stunning exterior and interior shots, as well as offering slide shows, virtual tours, and a full array of stock photography for luxury real estate industries.

8. Mr. Stevens is a pioneer of aerial real estate photography and has been engaging in creative and artistic means to capture such photographs long before today's proliferation of consumer drone technology came to market.

9. Mr. Stevens travels throughout the State of Florida, nationally, and internationally to photograph high-end real estate on behalf of Plaintiff's clients. He has been contracted by over 280 clients to take professional photographs of various real estate projects, including but not limited to the estates of numerous celebrities (such as Madonna, Don King, Greg Norman, Rod Stewart, Ivana Trump, James Patterson, Alexander Haig, Ann Downey, Frank McKinney, Chris Evert, and others).

10. Plaintiff maintains a commercial website (www.robertstevens.com) which describes the photography services offered by Plaintiff, hosts a sample portfolio of photographs taken by Mr. Stevens, and invites prospective customers to contact Plaintiff to arrange for a

professional photo shoot.

11. Plaintiff owns the photographs taken by Mr. Stevens and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers. To that end, Plaintiff's standard terms include a limited, one-time license for use of any particular photograph by the customer only. Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

12. Generally, at the time Plaintiff creates its professional photography, it applies copyright management information to such photography consisting of "Photography by Robert Stevens" to the bottom right corner thereof. Plaintiff does this for added protection/assurance to keep unauthorized persons from utilizing/displaying Plaintiff's work.

## II. The Work at Issue in this Lawsuit

13. In 2011, Plaintiff created a photograph titled "zzz_1, May 27, 2011" (the "Work").

14. Consistent with Plaintiff's general practices, the Work contains (in the bottom left corner) Plaintiff's copyright management information as follows: "© Robert Stevens." A copy of the Work is exhibited below.



15. The Work was registered by Plaintiff with the Register of Copyrights on July 30, 2013 and was assigned Registration No. VA 1-953-574. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

16. Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

### III. Defendant's Unlawful Activities

17. Defendant is licensed real estate broker in the State of Florida.

18. On a date after Plaintiff's above-referenced copyright registration of the Work, Defendant published the Work on her business Facebook site, both as an independent photograph and also as the background image for Defendant's profile picture (https://www.facebook.com/ashleyjacobsrealtor) in connection with Defendant's attempts to market her real estate services:



19. In publishing the Work online, Defendant significantly cropped the Work so as to remove Plaintiff's copyright management information. The remaining details of the photograph, however, unequivocally show the two photographs to be the same. A true and correct copy of screenshots of Defendant's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

20. Defendant is not and has never been licensed to use or display the Work. Defendant

never contacted Plaintiff to seek permission to use the Work in connection with its website or for any other purpose – even though the Work that was copied clearly displayed Plaintiff's copyright management information and put Defendant on notice that the Work was not intended for public use.

21. Defendant utilized the Work for commercial use – namely, in connection with the marketing of her real estate services.

22. Upon information and belief, Defendant located a copy of the Work on the internet (with the copyright management information still intact) and, rather than contact Plaintiff to secure a license, simply copied the Work for her own commercial use.

23. Plaintiff discovered Defendant's unauthorized use/display of the Work in June 2021. On July 1, 2021 (following Plaintiff's discovery), Plaintiff notified Defendant in writing of such unauthorized use. To date, however, Defendant has not responded to Plaintiff, thus necessitating the filing of this lawsuit to protect Plaintiff's rights with respect to the Work.

24. All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

25. Plaintiff re-alleges and incorporates paragraphs 1 through 24 as set forth above.

26. The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

27. Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

28. As a result of Plaintiff's reproduction, distribution, and public display of the Work,

Defendant had access to the Work prior to her own reproduction, distribution, and public display of the Work on her business Facebook site.

29. Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

30. By her actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for Defendant's own commercial purposes.

31. Defendant's infringement was willful as she acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright. Defendant has been a licensed real estate broker for 12 years and clearly understands that high-end real estate photography – especially that containing copyright management information such as the Work – is generally paid for and cannot simply be copied from the internet.

32. Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

33. Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

34. Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

35. Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and attorneys' fees as a result of Defendant's conduct.

36. Defendant's conduct has caused and any continued infringing conduct will continue

to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a. A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b. A declaration that such infringement is willful;

c. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e. Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f. Permanently enjoining Defendant, her employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g. For such other relief as the Court deems just and proper.

## COUNT II – REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

37. Plaintiff re-alleges and incorporates paragraphs 1 through 24 as set forth above.

38. As evidenced above, the Work contains copyright management information identifying Plaintiff as the owner/creator of the Work.

39. Defendant knowingly and with the intent to enable or facilitate copyright infringement, removed the copyright management information from the Work in violation of 17

U.S.C. § 1202(b). Defendant did not simply recklessly copy the Work in a pre-altered state – Defendant itself deliberately caused the copyright management information to be removed.

40. Defendant committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

41. If Defendant did not remove the copyright management information herself, Defendant caused, directed, and authorized others to commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate, or conceal infringement of Plaintiff's rights in the Work.

42. As a direct and proximate result of Defendant's conduct in removing the foregoing copyright management information, Plaintiff has been damaged.

43. Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 1203(b), Plaintiff is entitled to a permanent injunction prohibiting any further violation of 17 U.S.C. § 1202 by Defendant.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

h. A declaration that Defendant has violated Plaintiff's copyrights in the Work by removing or causing to be removed Plaintiff's copyright management information displayed thereon;

i. A declaration that such violation is willful;

j. An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

k. Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 1203(b)(5);

l.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

m.  Permanently enjoining Defendant, her employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly further violating Plaintiff's copyrights by further displaying or distributing the Work with its copyright management information removed; and

n.  For such other relief as the Court deems just and proper.

## Demand For Jury Trial

Plaintiff demands a trial by jury on all issued so triable.

Dated: July 16, 2021.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza, Esq._____
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

EXHIBIT "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-953-574**

**Effective Date of Registration:**
July 30, 2013

## Title

**Title of Work:** Group Registration Photos, StockImageDepotPhotos 2011, Jan 1, 2011 to Dec. 31, 2011

**Content Title:** 001_copy_copy_copy_copy, Dec.1,2011; 003_copy, Mar.27,2011; 004_copy_1, Jan.20,2011; 4_arts, June 23,2011; 4th_july_2011, July 4,2011; 005, Aug. 5, 2011; 005_copy_(2)_1 (1), Jan. 20,2011; 005_copy_copy_1 (1), Jan. 4,2011; 005_copy_edited-1, June 4,2011; 7, July 10,2011; 009_copy_copy_1, July 19,2011; 15_copy, July 19,2011; 019_copy_edited-1, Feb.20,2011; 027_copy_1, July 19,2011; 29_copy, Jan. 2,2011; 29_copy_copy, Apr. 3,2011; 030_copy_copy, Jan. 2,2011

030_copy_copy_copy, Jan. 28,2011;031_copy, Apr.2,2011;034_copy, May 8,2011;035_copy,Mar. 24,2011 ;35_copy_copy, Apr. 3,2011;036_copy, Jan.14,2011;040_copy, Apr.2,2011;041_copy, Mar.16,2011;048_copy, July 12,2011;055_copy, Jan. 18,2011;056_copy, Jan. 18,2011;059_copy, July 17, 2011;062_copy, June 13, 2011;067_copy, Apr.25,2011;070_copy, July 10,2011;073_copy, July 12,2011;074_copy, Feb. 14,2011;075_copy, July 10,2011;079_copy_copy, Apr.26,2011;084_copy, Feb. 26,2011;096_copy_copy, June 7,2011;096_copy_edited-1_copy, Jan. 13,2011;100_copy, July 13,2011

101 Harbour Way Hobe Sound 02-25-11 Milla Kabalkin Illustrated Properties, Feb.25,2011;110_copy_edited-1, Jan.18,2011;111_copy, Mar.29,2011;113_copy, Jan.18,2011;122_copy_copy, Jan.18,2011;141_copy, Mar.25,2011;145_copy_copy, Apr.1,2011;148_copy, Nov.22,2011;149_copy, Nov.22,2011;150__II, Nov.22,2011;150_copy, Nov.22,2011;150_copy_VV, Nov.22,2011;151 Sota Dr a, July 21,2011;151 Sota Dr b, July 21,2011;151 Sota Dr c, July 21,2011;151 Sota Dr d, July 21,2011;151 Sota Dr e,July 21,2011

151 Sota Dr f, July 21, 2011; 152_copy, Nov.22,2011;152_IV,Nov.22,2011;153_III,Nov.22,2011;154_copy,Nov.22,2011;155_copy,Nov.22,2011;156_copy,Nov.22,2011;157_copy,Nov.22,2011;157_copy_copy,Mar.25,2011;159_copy_edited-1,Nov.22,2011;160_copy,Nov.22,2011;161_copy,Nov.22,2011;161_copy_copy, Mar.25,2011;161_II,Nov.22,2011;162_copy,Nov.22,2011;165_copy,Nov.22,2011;166_copy,Nov.22,2011

167_copy,Nov.22,2011;170_copy_edited-1, Mar.17,2011;178_copy, Apr.17,2011; 183_copy_copy, Apr.10,2011; 215_copy,Mar.3,2011;252_copy,Feb.14,2011; 254_copy,Nov.17,2011; 263_copy, Nov.17,2011; 269_copy_copy,Mar.23,2011;278_copy_copy,Mar.23,2011;354_copy,Mar.18,2011;400,May 11,2011; 400_building,July 19,2011; 1220 S County Rd Robert Stevens Photography copy,Mar.13,2011;2011_Boat_Show,Mar.26,2011;2700

Page 1 of 4

Donald Ross 08-22-11 liebowitz,Aug.22,2011;111222, Mar.23,2011

aa, Apr.2,2011; aa1, June 22,2011; aa3, June 22,2011; aaa, Apr.2,2011; aaa_edited-1_copy,Apr.4,2011; aaaa (1), Apr.2,2011; aaaa_1, May 9,2011; aaaa_2, May 11,2011; aaaaa, May 11,2011; aaaaaaa, Apr.2,2011; aaaaaaa_copy, May 11,2011; aaaaaaa_edited-1, July 12,2011; aaas, May 11,2011; aab, Apr.9,2011; aabb, Apr.2,2011;aabba, Aug.12,2011; aapp, July 12,2011; aba, Apr.9,2011;AbacoaPalmBeachCo,Apr.2,2011;abcabc,May 11,2011

ada,Apr.9,2011;AdmiralCove_3,Sep.19,2011;AdmiralsCove_4,Aug.13,2011;AdmiralsCove_6,Jan.27,2011;AdmiralsCove_7,Apr.1,2011;aga_copy,Jan.23,2011; AR22,Apr.2,2011;AR33,Apr.9,2011;Aragon,May11,2011;Arts_31,June 22, 2011;asa,May11,2011;azaz,May11,2011;Ballantrae,Apr.9,2011;Bath,May11,2011;Bay_St_II,Apr.26,2011;Bay_St_VI,Apr.26,2011;bbb,Apr.2,2011;bbbb,May 9,2011

Bear__Lakes_Country_Club_a,Aug.31,2011; Bear_Lakes_Country_Club,Aug.31,2011;Bear_Lakes_Country_Club_b,Aug.31,2011;Bear_Lakes_Country_Club_c,Aug.31,2011;Bear_Lakes_Estates_d,Aug.31,2011;Bellagio,Nov.22,2011;Bellaria,Aug.27,2011;Benny__s_on_the_Beach,Aug.27,2011;Beth_edited-1,Jan.28,2011;Bethesda_Hospital_Boynton,Sep.2,2011;Biltmore,Apr.30,2011;Biltmore_(2),Oct.13,2011;Biltmore_1,Mar.23,2011;Binks_Forest_Sign,May 13,2011;Boat_Show_2011,Mar.23,2011;boca,Sep.3,2011

boca_condo,May 11,2011; boca_estate_section_2,Sep.3,2011;boca_I,Aug.17,2011; boca_II,Sep.3,2011;boca_III,May 11,2011;Boca_III_copy,Aug.17,2011;Boca_IIII,Aug.17,2011;Boca_Raton_b,Aug.17,2011;Boca_Raton_Panoramic,Sep.9,2011;Boca_Resort,May 11,2011;Boca_Resort_1,Feb.24,2011;br_1,July 21,2011;br_2,July 21,2011;br_3,July 21,2011;br_4,July 21,2011;br5,July 21,2011;Brac_Lakes_Country_Clubhouse,Aug.31,2011

Breakers_West,Apr.11,2011;BS_VI_copy,Mar.26,2011;Capri_II,Mar.26,2011; Carlile_Jup,Apr.2,2011;CB_Pier,Feb.18,2011;ccc_1,Apr.2,2011;ccc_edited-1,June13,2011;cccc,May 11,2011;city_pl,June4,2011;Clarendon,May11,2011;Cocoa_Beach_Pier,Aug.12,2011;Cocoa_Beach_Pier_20111,Feb.18,2011;Cocoa_Beach_Pier1,Aug.12,2011;Community_Center,Aug.5,2011;Community_Pool_Martinique,Aug.3,2011;Community_Tennis_Center,Aug.31,2011;cp,June4,2011;ddd,Apr.2,2011

Delray_Beach,Mar.14,2011;Delray_Beach_1,Mar.14,2011;don_king,Apr.9,2011;Dorchester,Nov.22,2011;Dorchester_Palm_Beach,Apr.9,2011;Downtown,Mar.17,2011;Downtown_III,Mar.26,2011;Downtown_West_Palm_Beach,Mar.26,2011;dubois,Apr.2,2011;early_bird_gets_the_worm,Aug.13,2011;eee,Apr.2,2011;eee_1,May 11,2011;eeea,May 21,2011;eeee,May11,2011;eeeeee,May11,2011;fff,Apr.2,2011;fish,Mar.17,2011

fite II,Mar.26,2011;Flagler_Landing,Apr.30,2011;flagler_museum_2911_1,July 4,2011;Frenchman__s_Creek,Aug.22,2011;Frenchman__s_Creek_3,Aug.22,2011;Golf,Apr.30,2011;GS_copy,Apr.9,2011;Gulf_Stream,May4,2011;Gulf_Stream_School,Apr.9,2011;H_a_007_copy,Apr.9,2011;H_a_013_copy,Apr.9,2011;H_b_014_copy,Apr.9,2011;H_c_082_copy,Apr.9,2011;H_d_079_copy_copy,Apr.9,2011;Heritage_Oaks,Sep.1,2011;Heritage_Oaks_Security,Sep.1,2011;Heritage_Oaks_Tennis_Club,Sep.1,2011;Homeland_Enterance,May14,2011

Ibis_1,Dec.29,2011;Ibis_Golf_Club,Aug.15,2011;Ibis_Isle,May11,2011;Irene_2





011,Aug.26,2011;Iron_Horse,Mar.26,2011;wpb_II,Mar.23,2011;wwaa,Apr.20,2011;wwwww_copy,May11,2011;xx,May11,2011;xxx_copy,May11,2011;xxxxx,May11,2011;yyy,May11,2011;yyyyyyy,May11,2011;zzz,May11,2011;zzz_1,May 27,2011

jupiter,Apr.2,2011;Kravis,Feb.6,2011;KW_Lighthouse_copy,July12,2011;Lake_Boca,May28,2011;Lake_Boca_2,Sep.3,2011;Lake_Worth_Inlet_1,Nov.22,2011;Lake_Worth_Irene,Aug.27,2011;Lake_Worth_Pier_2011,Aug.27,2011;Lantana,Feb.14,2011;Lantana_1,Apr.10,2011;Lost_Tree_Village,Nov.22,2011;Loxahatchee Clubhouse 11-09-11,Nov.9,2011;Loxahatchee_Clubhouse,Nov.7,2011;Loxahatchee_Clubhouse_11-09-11,Nov.9,2011;Loxahatchee_Clubhouse_2011,Nov.9,2011;LW_Pier,Aug.27,2011;Mar_a_Lago,Mar.16,2011

Mar_copy,Mar.19,2011;marina_grande,Sep.5,2011;Marriott,Mar.16,2011;Martinique,Mar.26,2011;Martinique__b_copy,Oct.10,2011;Martinique_II,Mar.26,2011;mg_1,Sep.22,2011;mgII,May11,2011;mir,Apr.2,2011;Mirasol_3,Apr.9,2011;Mizner_Grand,May11,2011;moon_mar_a_lago,Mar.19,2011;neww_copy,May11,2011;nnn,May11,2011;Ocean_Ridge,July2,2011;Okeeheelee_Park_copy,Aug.14,2011;old_marsh,Apr.2,2011

Old_Marsh_, Mar. 17, 2011; Old_Marsh_Golf_Club, Mar. 17, 2011; Old_Marsh_II, Apr. 2, 2011; Old_Port_Cove_, Sept. 15, 2011; Old_Port_Cove_1, Nov. 17, 2011; One_Watermark, Mar. 26, 2011; one_watermark_place, Mar. 23, 2011; One_Watermark_Place_1, October 14, 2011; OneThousandOcean, May 29, 2011; OneThousandOcean_2, May 28, 2011; palm_b, Apr. 10, 2011; Palm_Beach_1, Aug. 28, 2011; Palm_Beach_2012, Oct. 24; Palm_Beach_Port, Dec 18, 2011; Palm_Harbour_Marina, Nov. 29, 2011; PB_II_, Nov. 28, 2011; peanut, Apr. 30, 2011

Peanut_Island, Mar. 26, 2011; Peanut_Island_Florida, Sept. 5, 2011; Peanut_Island_2011_copy, Mar. 28, 2011; pf, May 11, 2011; PGA, Apr. 9, 2011; PGA_National_1, Sept. 12, 2011; PGA_National_3, Sept. 13, 2011; Phillips_Point, Nov. 20, 2011; Polo_copy, Apr. 2, 2011; Port_copy, Mar. 26, 2011; qqq, May 12, 2011; Radiator_copy, Apr. 9, 2011; Regent_Parc, Sept. 11, 2011; Roger_Dean_Stadium, Mar. 19, 2011; Royal_Palm, Dec. 30, 2011; rrrr, May 18, 2011

sailfish_marina, Sept. 9, 2011; Sandhill_Cranes, Mar. 29, 2011; sc, May 26, 2011; ship Mar. 29, 2011; SI, Mar. 17, 2011; singer_island, Sept. 20, 2011; singer_island__florida, Sept. 22, 2011; Singer_Island_1, Aug. 28, 2011; Singer_Island_3, Nov 20, 2011; Singer_Island_a, Aug. 28, 2011; Singer_Island_b, Aug. 28, 2011; southern_edited-1, Jul. 19, 2011;ssss, Apr. 18, 2011; ssss_1, May 18, 2011; stock_edited-11, Jul. 29, 2011; sunrise, Aug. 18, 2011; Surf_1, Aug 28, 2011

Surf_2, Aug. 29, 2011; Surf_3, Aug. 29, 2011; Surf_4, Aug. 29, 2011; Surf_5, Aug. 29, 2011; Surf_6, Aug. 29, 2011; Surf_7, Aug. 29, 2011; Surf_8, Aug. 29, 2011; Surf_9, Aug. 29, 2011; Surf_10, Aug. 29, 2011; Surf_11, Aug. 29, 2011; Surf_12, Aug. 29, 2011; Surf_13, Aug. 29, 2011; Surf_14, Aug. 29, 2011; Surf_15, Aug. 29, 2011; Surf_16, Aug. 29, 2011; Surf_17, Aug. 29, 2011; Surf_18, Aug. 29, 2011;

The_Breakers_Hotel_1, Nov. 29, 2011; The_Ocean_Club_of_Florida_2012, Apr. 19, 2011; Tiara, Mar. 29, 2011; Tommy_Lee_Jones, Apr. 20, 2011; Trafalger, May. 18, 2011; Tres_Vidas, Apr. 18, 2011; Trump_Plaza, Apr. 20,

2011; ttt, May 11, 2011; uuuu May, 22, 2011; vvv, May 18, 2011; Waterview_Towers_1, Mar. 25, 2011; Waterviews_Towers_2, Mar. 25, 2011; well, Mar. 25, 2011; West_Palm_Beach_copy, Apr. 28, 2011; WIF_018_copy, Mar. 26; WIF_031_copy, Mar. 28, 2011; wp, May 22, 2011

Ibis, Nov. 29, 2011; Island_style, Dec. 22, 2011; jjj, May 22, 2011; jon, Apr. 18, 2011; Jonathan_s, Apr 28, 2011; JUP_124_copy_copy, Apr. 29, 2011

Juno_Beach_Pier, Apr. 18, 2011; juno_pier, Apr. 29, 2011; JUP_136_copy_copy, Apr. 20, 2011; Jup_190_copy, Apr. 20, 2011; JUP_194_copy, Apr. 28, 2011; JUP_203_copy_copy, Apr. 27, 2011; JUP_205_copy, Apr. 23, 2011; JUP_220_copy, Apr. 19, 2011; JUP_237_copy, Apr. 22, 2011; JUP_241_copy, Apr. 23, 2011

## Completion/Publication

Year of Completion: 2011
Date of 1st Publication: January 01, 2011
Nation of 1st Publication: United States

## Author

- Author: Robert Stevens
  Author Created: photograph(s)
  Citizen of: United States
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Robert Stevens
1123 Melinda Ln, Haverhill, FL, 33417, United States

## Certification

Name: Robert Stevens
Date: September 10, 2013



Correspondence: Yes
Copyright Office notes: Regarding publication: range of publications dates is Jan 1, 2011 to Dec. 31, 2011.
Regarding registration of multiple works: registered as a group of published photographs.

EXHIBIT "B"





**Ashley E. Jacobs, Realtor**
@ashleyjacobsrealtor · Real Estate Agent

Send Message



**GENERAL**
- 162 people like this
- 163 people follow this
- Real Estate Agent · Apartment & Condo Building · Real Estate Developer

**HOURS**
- Open Now
- 8:00 AM - 8:00 PM ˅

**BUSINESS DETAILS**
- Price Range · $$

**ADDITIONAL CONTACT INFO**
- http://www.winterparkinvestments.com/
- (407) 448-6310
- ajacobsrealtor@gmail.com
- Send Message

**MORE INFO**
- About

  Dream with your eyes open! Let me find your dream home for you!

1065 W Morse Blvd Winter Park, FL 32789



